CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
DennisP@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andres Gomez,** | Case No.: 3:22-cv-00788-VC |
| Plaintiff, | **Plaintiff's Notice of Voluntary Dismissal Pursuant to FRCP 41(a)** |
| v. | |
| **Muscardini Cellars LLC;** | |
| Defendants | |
| | Honorable Judge Vince Chhabria |

PLEASE TAKE NOTICE:

Pursuant to FRCP 41(a)(1)(A)(i) Plaintiff voluntarily dismisses his claims pending in this action without prejudice.

Dated: July 11, 2022                           CENTER FOR DISABILITY ACCESS

                                               By:   /s/ Dennis Price

                                               Dennis Price, Esq.

                                               Attorneys for Plaintiff